The People of the State of Illinois, defendant in error, v. Haig O. Cartozian and Barton Haig Cartozian, plaintiffs in error. Gen. No. 31,125.

Conviction of conspiracy to obtain money by false pretenses. Error to the Criminal Court of Cook county; the Hon. George Fred Rush, Judge, presiding. Heard in the second division of this court for the

first district at the October term, 1926. Reversed and remanded. Opinion filed February 1, 1927.

Benjamin C. Bachrach, for plaintiffs in error. Robert E. Crowe, State's Attorney, for defendant in error; Henry T. Chace, Jr., Edward E. Wilson and Louis M. Blumenthal, Assistant State's Attorneys, of counsel.

Mr. Justice Barnes delivered the opinion of the court.